UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

UNITED STATES OF AMERICA,

Plaintiff,

v.

DAVID PAUL ROBERTS,

Defendant.

Case No. 1:19-CR-0135-BLW
1:18-CR-0401-BLW

**REPORT AND RECOMMENDATION**

On October 1, 2019, Defendant David Paul Roberts appeared before the undersigned United States Magistrate Judge to enter change of pleas pursuant to written plea agreements. (Dkt. 64, 1:19-CR-0135-BLW) (Dkt. 175, 1:18-CR-0401-BLW.) The Defendant executed a waiver of the right to have the presiding United States District Judge take his change of pleas. Thereafter, the Court explained to the Defendant the nature of the charges contained in the Indictment (Dkt. 1, 1:19-CR-0135-BLW) and in the Second Superseding Indictment (Dkt. 114, 1:18-CR-0401-BLW), the maximum penalties applicable, his Constitutional rights, the impact that the Sentencing Guidelines will have, and that the District Judge will not be bound by the agreement of the parties as to the penalty to be imposed.

The Court, having conducted the change of plea hearing and having inquired of

the Defendant, counsel, and the government, finds there is a factual basis for the Defendant's guilty pleas, that he entered it voluntarily and with full knowledge of the consequences, and that the pleas should be accepted. The undersigned also ordered a pre-sentence investigation to be conducted and a report prepared by the United States Probation Office.

## RECOMMENDATION

**NOW THEREFORE IT IS HEREBY RECOMMENDED:**

1) The District Court accept Defendant David Paul Roberts' pleas of guilty to Count One of the Indictment (Dkt. 1, 64, 1:19-CR-0135-BLW) and Count Two of the Second Superseding Indictment (Dkt. 114, 175, 1:18-CR-0401-BLW).

2) The District Court GRANT, at the appropriate time, the United States' motion to dismiss Counts One and Three of the Second Superseding Indictment (Dkt. 114, 1:18-CR-0401-BLW) as to Defendant.

3) The District Court order forfeiture consistent with Defendant David Paul Roberts' admission to the Criminal Forfeiture allegations in the Indictment (Dkt. 1, 1:19-CR-0135-BLW) and Second Superseding Indictment (Dkt. 114, 1:18-CR-0401-BLW) and the Plea Agreements (Dkt. 64, 1:19-CR-0135-BLW) (Dkt. 175, 1:18-CR-0401-BLW).

Written objections to this Report and Recommendation must be filed within fourteen (14) days pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(b), or as a result of failing to do so, that party may waive the right to raise factual and/or legal objections to the United States Court of Appeals for the Ninth Circuit.

DATED: October 1, 2019

CANDY WAGAHOFF DALE
U.S. MAGISTRATE JUDGE